**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

January 30, 2024

Devon Marteen Daniels
705832
WESTERN STATE HOSPITAL
9601 STEILACOOM BLVD SW
LAKEWOOD, WA 98498–7213

Your civil action *Daniels v. Young et al* was filed in the U.S. District Clerk's office at Tacoma on January 29, 2024.

Your case has been assigned Case Number **3:24–cv–05077–JLR–BAT,** and has been assigned to Judge James L. Robart, Presiding Judge, and referred to Magistrate Judge Brian A Tsuchida.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file