

2-7-2024

CASE NUMBER
3:24-CV-05077-JLR-BAT.

FILED LODGED RECEIVED MAIL
FEB 14 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CORRECTION. IT WAS 2016 THAT THE TACOMA FBI, BRIAN YOUNG TRIED KILLING ME WITH A BOMB, EXPLOSIVE C-4, IN WICKENBURG ARIZONA. THIS IS NOT A FRIVILOUS (CRIME) "LAWSUIT". THE FBI AND BRIAN YOUNG, AND JOHN RINGER, STOLE A ARTIFICAL (SATELLITE) OFF FT. LEWIS ARMY BASE. THE SATELITE CAME WITH A BEAM ON IT. HE POINTED THE BEAM (LAZER) AT ME, AND THIS IS HOW HE WAS ABLE TO ABDUCT MY BODY (THROUGH) TECHNOLOGY. THE SATELITE WAS MADE TO MOVE OBJECTS AROUND THROUGH TECHNOLOGY, NOT HUMAN BEINGS. IT'S VERY IMPORTANT THAT THE COURTS TAKE THIS CRIME (LAWSUIT) SERIOUS. IT'S ABOUT MY LIFE. THE TACOMA FBI DEPARTMENT ILLEGALLY WIRETAPPED ME AT TACOMA GENERAL HOSPITAL INFILTRATING THERE. MY LIFE IS STILL IN JEOPARDY, AS LONG AS THE (FBI) 5 RETIRED AGENTS KEEP THEY'RE GOVERNMENT ILLEGAL TECHNOLOGY IN MY LIFE.

THANK YOU. DEVON DANIELS

DEVON DANIELSEN
te Hospital
oom Blvd SW
VA 98498-7213

TACOMA WA 983
12 FEB 2024 PM 3



US POSTAGE IMI PITNEY BOWES
ZIP 98498 $ 000.64⁰
02 4W
0000367379 FEB. 12. 2024

FILED ___ LODGED ___ RECEIVED  MAIL

FEB 14 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CLERK UNITED STATES DISTRICT COURT
700 STEWART STREET, SUITE 2310
SEATTLE, WA 98101

98101-443999