FILED ___ LODGED
___ RECEIVED
APR 05 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                   DEPUTY

APRIL 1ST/24

DEAR, CLERK.

THIS IS DEVON. IM WRITTING TO YOU AGAIN ABOUT THE TACOMA FBI DEPARTMENT. I AM STILL BEING VICTIMIZED BY THEM. ELECTRONICALLY HARASSED. FROM THEM ILLEGALLY WIRETAPPING (BUGGING) ME 7 YEARS AGO. AGENT (BRIAN YOUNG) AND HIS OLD COP PARTNER. TACOMA HOMOCIDE DETECTIVE, JOHN RINGER. I WOULD LIKE A INQUIRY DONE ON THE ENTIRE FBI DEPARTMENT. I FEEL ALL OF THEM KNEW & KNOW ABOUT THE CRIME THAT THEY HAVE COMMITTED AGAINST ME. I SPOKE TO I DON'T KNOW HOW MANY AGENTS OVER THIS FBI ILLEGAL BUG. IN THE COURSE OF 7 YEARS. AND JOHN RINGER. TACOMA RETIRED HOMOCIDE DETECTIVE. WHO ALSO TOLD ME. WHEN HE IS CAUGHT FOR THIS CRIME. THAT HE WOULD TELL ON ALL THE OTHERS. AND COOPERATE WITH AUTHORITIES. JOHN RINGER ALSO TOLD ME OVER THIS FBI ILLEGAL BUG. THAT WHEN THEY ARE ALL CAUGHT. ITS POSSIBLE EXECUTION FOR THEM. FOR BUGGING ME ILLEGALLY AS A UNITED STATES CITIZEN. HE



said that his old Tacoma Task Force partner, former FBI agent Brian Young, told him that. To my understanding, this case has to take place down there right? In the federal courts. I'm tryin' to stay strong. Until that day. While (5) FBI retired agents are in my mind. Through their technology. They all have saline. Which they could drink. To leave my mind. But they choose not too. Please Clerk. Look into this. This is about my life. Please again, I ask for your help. Finding John Ringer Tacoma Homicide detective, and Brian Young, former FBI Agent. Can save my life. Them (2) mastermind this crime. They know where the rest of these agents stay. Those guys are the main culprits. John Ringer, also has the government issued (FBI) headphones in his house (garage) that all our bugs are connected too. Please help me. Thanks for your time and understanding.

THANKS

OH YEAH... I HAVE CONTACTED FROM THE ATTORNEY GENERAL, FT. LEWIS, AND DIFFERENT AUTHORITIES IN WASHINGTON STATE ABOUT THIS MATTER. IF SOMETHING HAPPENS TO ME (GOD FORBID) MY FAMILY WILL (SUE) (WRONGFUL DEATH LAWSUIT) ALL ACROSS THE BOARD. FOR FAILING ME AS A VICTIM.

FROM:
DAJON DANIELS
9600 STEILACOOM Blvd SW
LAKEWOOD, WA 98498

FILED ___ LODGED ___
___ RECEIVED
APR 05 2024
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

TACOMA WA 983
3 APR 2024 PM 3


US POSTAGE PITNEY BOWES
ZIP 98498 $ 000.64⁰
0000367379 APR 03 2024

98402-323499

ATTN: DISTRICT CLERK
1717 PACIFIC AVE
TACOMA, WA 98402